IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRENT A. CULPEPPER**   **PLAINTIFF**

v.   **CAUSE NO. 1:18CV289-LG-RHW**

**PEARL RIVER COUNTY, MISSISSIPPI, ET AL.**   **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims against the defendants are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 29th day of March, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE